# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2375

_____

United States of America,     *
          *
         Appellee,     *
          *       Appeal from the United
       v.             *       States District Court for
          *       the Western District of
Lisa Hall,           *       Missouri
          *
         Appellant.     *       [Not To Be Published]

_____

Submitted: January 9, 2001
Filed:     February 23, 2001

_____

Before BEAM and MORRIS SHEPPARD ARNOLD, Circuit Judges, and ALSOP,[1] District Judge.

_____

PER CURIAM.

Lisa Hall appeals from an order of the district court[2] revoking her supervised release. Hall contends that the district court at the revocation hearing improperly

_____

[1] The Honorable Donald D. Alsop, United States District Judge for the District of Minnesota, sitting by designation.

[2] The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

denied her requests for substitute counsel and for a continuance. Hall also on appeal challenges for the first time certain evidentiary rulings the district court made. We review a denial of a request for substitute counsel and for a continuance for abuse of discretion. United States v. Swinney, 970 F.2d 494, 498 (8th Cir. 1992). Because Hall raised no evidentiary objections before the district court, we review the disposition only for plain error. United States v. Campa-Fabela, 210 F.3d 837, 840 (8th Cir. 2000).

Although the district court did not conduct an extensive inquiry into the basis for Hall's request for substitute counsel, we find no abuse of discretion. Our precedents require such an inquiry only when a defendant raises a "seemingly substantial complaint" about existing counsel. United States v. Blum, 65 F.3d 1436, 1440 (8th Cir. 1995)(*quoting* Smith v. Lockhart, 923 F.2d 1314, 1320 (8th Cir. 1977)). Hall made no complaint of any kind concerning the counsel appointed to represent her. We also find no abuse of discretion in the denial of Hall's request for a continuance. After having carefully reviewed the record we see no plain error in the result. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.